UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| CATHERINE A. OBAFUNWA | * | CIVIL ACTION NO: 6:12-CV-2919 |
| VERSUS | * | JUDGE REBECCA F. DOHERTY |
| GILES AUTOMOTIVE, PATRICK MILLER AND GORDON BREAUX AND XYZ INSURANCE COMPANY | * | MAG. JUDGE C. MICHAEL HILL |

## MOTION FOR DISMISSAL ON BEHALF OF
## PATRICK MILLER AND GORDON BREAUX UNDER RULE 12(b)(6)

Defendants, Patrick Miller and Gordon Breaux, through undersigned counsel, respectfully move for dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6). Neither of these individuals meet the definition of employer as that term is defined under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.*, or the Louisiana Employment Discrimination Law, La. R.S. 23:301, *et seq.* The reasons supporting this motion are set forth in the accompanying memorandum in support.

Defendants, Patrick Miller and Gordon Breaux, respectfully request that they be dismissed with prejudice, at Plaintiff's cost.

Respectfully submitted,

JUNEAU DAVID, APLC

/s/ Robert J. David, Jr.
ROBERT J. DAVID, JR. (#21554)
rjd@juneaudavid.com
ALYSE S. RICHARD (#31936)
asr@juneaudavid.com
1018 Harding Street, Suite 202
Post Office Drawer 51268
Lafayette, LA   70505-1268
Ph: (337) 269-0052
Fax: (337) 269-0061
Counsel for Defendants, Patrick Miller and Gordon
Breaux

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2012, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

known counsel of record who are participants.

/s/ Robert J. David, Jr.
ROBERT J. DAVID, JR.