UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| CATHERINE A. OBAFUNWA | * | CIVIL ACTION NO: 6:12-CV-2919 |
| VERSUS | * | JUDGE REBECCA F. DOHERTY |
| GILES AUTOMOTIVE, PATRICK MILLER AND GORDON BREAUX AND XYZ INSURANCE COMPANY | * | MAG. JUDGE C. MICHAEL HILL |

## ORDER

Considering the foregoing Motion for Dismissal Under Rule 12(b)(6) submitted on behalf of Defendants, Patrick Miller and Gordon Breaux;

**IT IS HEREBY ORDERED** that the same is hereby granted, dismissing Plaintiff's claims against Defendants, Patrick Miller and Gordon Breaux, with prejudice, at Plaintiff's cost.

**THUS DONE AND SIGNED** in Lafayette, Louisiana on this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE